UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL B. FULLER,<br><br>                Plaintiff,<br><br>v.<br><br>TACOMA GREYHOUND LINE, et al.,<br><br>                Defendants. | CASE NO. C12-5905BHS<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on Plaintiff Michael B. Fuller's ("Fuller") motion to proceed in forma pauperis (Dkt. 1). The Court has considered the pleadings filed in support of the motion but is unable to determine whether the motion has merit as the pleadings are almost entirely incomprehensible and in parts illegible. Accordingly, the Court will deny Fuller's motion without prejudice to his re-filing of the motion and supporting documentation in a format the Court is able to read.

Therefore, the Court hereby **ORDERS** that Fuller's motion to proceed in forma pauperis (Dkt. 1) is **DENIED without prejudice** and Fuller has until **November 5, 2012**, to re-file his motion or face dismissal of this action.

Dated this 16th day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER