UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL B. FULLER,

          Plaintiff,

v.

TACOMA GREYHOUND LINE, et al.,

          Defendants.

CASE NO. C12-5905BHS

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

This matter comes before the Court on Plaintiff Michael B. Fuller's ("Fuller") motion to proceed in forma pauperis (Dkt. 1). The Court has considered the pleadings filed in support of the motion but is unable to determine whether the motion has merit as the pleadings are almost entirely incomprehensible and in parts illegible. Accordingly, the Court will deny Fuller's motion without prejudice to his re-filing of the motion and supporting documentation in a format the Court is able to read.

Therefore, the Court hereby **ORDERS** that Fuller's motion to proceed in forma pauperis (Dkt. 1) is **DENIED without prejudice** and Fuller has until **November 5, 2012**, to re-file his motion or face dismissal of this action.

Dated this 16th day of October, 2012.

          BENJAMIN H. SETTLE
          United States District Judge

ORDER